IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODNEY PAUL BURKE,<br><br>Defendant. | CR 24-04-BLG-SPW<br><br>PRELIMINARY ORDER<br>OF FORFEITURE |

THIS matter comes before the Court on the United States' Unopposed Motion for Preliminary Order of Forfeiture (Doc. 24).  Defendant Rodney Paul Burke entered a plea in open court that provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 924(d)(1).

IT IS ORDERED:

THAT Defendant Burke's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d)(1):

- One (1) Hi-Point, manufactured by Haskell, model JHP, .45 caliber semi-automatic pistol (S/N: X4266101), with one (1) magazine;

- Forty-eight (48) rounds of CCI, .45 caliber ammunition;

- One (1) Jennings Firearms, model J22, .22 caliber pistol (S/N: 395007), with one (1) magazine; and

- Five (5) rounds of assorted .22 caliber ammunition.

1

THAT the ATF or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General or Secretary of the Department of Homeland Security may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 6th day of August, 2024.

SUSAN P. WATTERS
United States District Judge